NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada

ALLISON J. CHEUNG, CSBN 244651
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8942
Facsimile: (415) 744-0134
E-Mail: allison.cheung@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANITRA LUSSON,<br><br>     Plaintiff,<br><br>     v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>     Defendant. | Case No.: 2:20-cv-01215-DJA<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME**<br>(***FIRST REQUEST***) |

Defendant Andrew Saul, Commissioner of Social Security (Defendant) respectfully requests that the Court extend the time for Defendant to respond to Plaintiff's Motion for Reversal and/or Remand (Dkt. No. 16, filed on November 5, 2020), currently due on December 7, 2020, by 30 days, through and including January 6, 2021.  Defendant further requests that all subsequent deadlines set forth in the Court's scheduling order (Dkt. No. 15) be extended accordingly.

This is Defendant's first request for an extension of time.  Good cause exists for this extension due to Defendant's counsel's workload as described below.  Since Plaintiff's motion was filed on November 5, 2020, Defendant's counsel has worked on over 20 district court cases and a Ninth Circuit appeal.  Counsel is also responsible for other substantive non-litigation matters in the Office of

General Counsel.  The Office of General Counsel also currently has a number of attorneys out on leave of absence, in addition to staff attrition, which has increased the undersigned's workload.

Additional time is required to review the record, to evaluate the numerous issues raised in Plaintiff's motion, to determine whether options exist for settlement, and if not, to prepare Defendant's response to Plaintiff's motion.  Defendant's counsel will endeavor to complete these tasks as soon as possible.  This request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience.

On November 30, 2020, counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion.

It is therefore respectfully requested that Defendant be granted an extension of time to respond to Plaintiff's Motion for Reversal and Remand, through and including January 6, 2021.


Dated: December 1, 2020                           Respectfully submitted,

                                                  NICHOLAS A. TRUTANICH
                                                  United States Attorney

                                                  */s/ Allison J. Cheung*
                                                  ALLISON J. CHEUNG
                                                  Special Assistant United States Attorney


**IT IS SO ORDERED.**

DATED: December 2, 2020.

_____

UNITED STATES MAGISTRATE JUDGE

2

**CERTIFICATE OF SERVICE**

I, Allison J. Cheung, certify that the following individual(s) were served with a copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME (*FIRST REQUEST*)** on the date, and via the method of service, identified below:

**CM/ECF:**

Marc Kalagian
marc.kalagian@rksslaw.com
Attorney for Plaintiff

Gerald Welt
gmwesq@weltlaw.com
Attorney for Plaintiff

Dated:  December 1, 2020

*/s/ Allison J. Cheung*
ALLISON J. CHEUNG
Special Assistant United States Attorney

3